**Appeal Reinstated, Motion Granted, Appeal Dismissed, and Memorandum Opinion filed April 30, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00956-CV

### LOWELL VERMILLION, Appellant

### V.

### EPIC LIFT SYSTEMS, LLC, Appellee

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-63586**

### MEMORANDUM OPINION

This is an interlocutory appeal from a temporary injunction order signed October 8, 2018. We abated the appeal on January 29, 2019, for the parties to pursue settlement. On April 17, 2019, appellant filed an unopposed motion to dismiss the appeal pursuant to the terms of the parties' settlement agreement. *See* Tex. R. App. P. 42.1. We reinstate the appeal, grant the motion, and dismiss the appeal.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Bourliot.